**FILED**

FEB 18 2010

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

ROY ALCASID CORTES

       ) Chapter 13
       )
       ) Case No.: 8:08-bk-11574-ES
       )
       ) **NOTICE OF UNCLAIMED DIVIDEND**
       ) **(Bankruptcy Rule 3010)**
       )
       )
       )
       )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300686** in the sum of **$ .01**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3010.  The name and

address of the party entitled to said unclaimed dividend is as follows:

ROY ALCASID CORTES
553 HAYES
IRVINE, CA 92620

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0811574 | ROY ALCASID CORTES ACCT: | Claim: 00000 | XXX-XX-9608 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

ROY ALCASID CORTES

BALANCE:              [0.00  13/00000]
SSN: XXX-XX-9608   SSN:
ACCT:                       CASE: 0811574
PRINCIPAL:      0.01   INTEREST:      0.00

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0300686**

Feb 14, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY**   **Zero And 01/ 100 Dollars**

**TO THE**
**ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012